UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JEFFERSON PILOT FINANCIAL INSURANCE COMPANY,<br>Plaintiff, | )<br>)<br>)<br>) |  |
| vs. | )<br>) | CIVIL ACTION NO. 05-11107 GAO |
| RAYMOND MOORE, JOANNE MOORE and DAMIAN BRADY,<br>Defendants. | )<br>)<br>)<br>)<br>) |  |

**ANSWER OF THE DEFENDANT, DAMIAN BRADY, CROSS-CLAIM AND JURY DEMAND**

**THE PARTIES**

1. The Defendant, Damian Brady, is without sufficient information to form a belief as the truth of the averments contained in paragraph one.

2. The Defendant, Damian Brady, is without sufficient information to form a belief as the truth of the averments contained in paragraph two.

3. The Defendant, Damian Brady, is without sufficient information to form a belief as the truth of the averments contained in paragraph three.

4. Denied. By way of further answer, the Defendant states that he is a resident of Carver, Massachusetts.

LAW OFFICES OF
VINCENT P. CAHALANE, P.C
478 TORREY STREET
SUITE 12
BROCKTON, MA 02301
(508) 588-1222

1

## JURISDICTION

5. The Defendant, Damian Brady, admits that Arlene Moore died on or about November 7, 2004 and that he has asserted a claim to the life insurance policy issued by the Plaintiff. The Defendant, Damian Brady, is without sufficient information to form a belief as the truth of the remaining averments contained in paragraph five.

6. The Defendant, Damian Brady, is without sufficient information to form a belief as the truth of the averments contained in paragraph six.

## FACTUAL ALLEGATIONS

7. The Defendant, Damian Brady, is without sufficient information to form a belief as the truth of the averments contained in paragraph seven.

8. The Defendant, Damian Brady, admits that Arlene Moore was an employee of the MSPCA and a person insured the MSPCA group policy. The Defendant, Damian Brady, is without sufficient information to form a belief as the truth of the remaining averments contained in paragraph eight.

9. Admitted.

LAW OFFICES OF
VINCENT P. CAHALANE, P.C
478 TORREY STREET
SUITE 12
BROCKTON, MA 02301
(508) 588-1222

2

10. The Defendant, Damian Brady, denies that the Co-Defendants were the co-beneficiaries designated by the decedent at the time of her death. By way of further answer, the Defendant, Damian Brady, states that he is the sole beneficiary of the proceeds of the life insurance policy at issue in this case pursuant to the beneficiary designation form executed by Arlene Moore and dated December 4, 2002.

11. Admitted.

12. Admitted.

13. The Defendant Damian Brady admits that he has been informed by the Plaintiff that there are conflicting claims to the proceeds of the life insurance policy but states that he is the sole beneficiary of the proceeds of the life insurance policy at issue in this case pursuant to the beneficiary designation form executed by Arlene Moore and dated December 4, 2002. The Defendant further denies that the Co-Defendants are entitled to receive any benefits under said policy.

14. The Defendant, Damian Brady, is without sufficient information to form a belief as the truth of the averments contained in paragraph fourteen.

WHEREFORE, The Defendant, Damian Brady, prays this Honorable Court for the following relief:

LAW OFFICES OF
VINCENT P. CAHALANE, P.C.
478 TORREY STREET
SUITE 12
BROCKTON, MA 02301
(508) 588-1222

3

1. Order the death benefits be held in an interest bearing account;

2. Enter judgment in favor of the Defendant, Damian Brady, and declare him to be the sole rightful beneficiary of the death benefits payable under Canada Life Group Policy No. G.38670;

3. Order the payment of said death benefits, plus accrued interest, to the Defendant, Damian Brady; and

4. For such other relief that the Court deems fair and equitable.

### CROSS-CLAIM OF THE DEFENDANT, DAMIAN BRADY, VS. RAYMOND MOORE AND JOANNE MOORE FOR DECLARATORY JUDGMENT

1. The Defendant/Plaintiff in Cross-Claim is Damian Brady.

2. The Defendant/Defendant in Cross-Claim is Raymond Moore.

3. The Defendant/Defendant in Cross-Claim is Joanne Moore.

4. The Defendant/Plaintiff in Cross-Claim is seeking relief pursuant to 28 U.S.C. § 2201. Subject matter jurisdiction is proper under 28 U.S.C. § 1331.

LAW OFFICES OF
VINCENT P. CAHALANE, P.C
478 TORREY STREET
SUITE 12
BROCKTON, MA 02301
(508) 588-1222

4

5. The Defendant/Plaintiff in Cross-Claim is the sole rightful beneficiary of the death benefits of the Canada Group Life Insurance Policy and is entitled to payment of said benefits free and clear of all rights, claims and/or demands of the Defendants/Defendants in Cross-Claim.

6. An actual controversy exists between the parties as to the proper beneficiaries life insurance policy

WHEREFORE, the Defendant/Plaintiff in Cross-Claim, Damian Brady, prays this Honorable Court grant the following relief:

1. Enter judgment declaring that the Defendant/Plaintiff in Cross-Claim, Damian Brady, is the sole rightful beneficiary of the death benefits payable under Canada Life Group Policy No. G.38670;

2. Order the payment of said death benefits, plus accrued interest, to the Defendant, Damian Brady; and

3. For such other relief that the Court deems fair and equitable.

## JURY DEMAND

The Defendant, Damian Brady demands a Trial by Jury on all issues so triable.

Respectfully submitted,

LAW OFFICES OF
VINCENT P. CAHALANE, P.C
478 TORREY STREET
SUITE 12
BROCKTON, MA 02301
(508) 588-1222

5

THE DEFENDANT/PLAINTIFF IN CROSS-CLAIM,
DAMIAN BRADY,
By His Attorneys,
LAW OFFICES OF VINCENT P. CAHALANE, P. C.

By _____
Kristopher S. Stefani
BBO# 637542
478 Torrey Street, Suite 12
Brockton, MA 02301-4696
(508) 588-1222

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following:

Edward S. Rooney, Jr., Esq.                Joseph H. Skerry, III, Esq.
Eckert, Seamans, Cherin & Mellott, LLC     237 Lexington Street
One International Place, 18th Floor        Woburn, MA 01801
Boston, MA 02110                           Attorney for the Co-Defendants
Attorney for the Plaintiff

by mail on June 9, 2005.

_____
Kristopher S. Stefani, BBO# 637542

LAW OFFICES OF
VINCENT P. CAHALANE, P.C
478 TORREY STREET
SUITE 12
BROCKTON, MA 02301
(508) 588-1222