# UNITED STATES DISTRICT COURT

District of    Massachusetts

OFFICE

JEFFERSON PILOT FINANCIAL INSURANCE
COMPANY,

Plaintiff

V.

RAYMOND MOORE, JOANNE MOORE and
DAMIAN BRADY,

Defendants

## SUMMONS IN A CIVIL CASE

# 05   11107 GAO

CASE NUMBER:

TO: (Name and address of Defendant)

Joanne Moore
c/o Joseph H. Skerry, III, Esq.
237 Lexington Street
Woburn, MA  01801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edward S. Rooney, Jr., Esq.
ECKERT SEAMANS CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, MA  02110

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

SARAH A. THORNTON

MAY 27 2005

CLERK                                          DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| | June 1, 2005 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Edward S. Rooney, Jr. | Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Joseph H. Skerry, III, attorney for defendant Joanne Moore, has agreed to accept service of this Summons and the Complaint for Interpleader.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___6/1/05___         _S. S. Rooney Jr._
            Date                  *Signature of Server*   Edward S. Rooney, Jr.
                                  One International Place
                                  Boston, MA 02110

                        *Address of Server*

I, Joseph H. Skerry, III, attorney for Joanne Moore in the above-entitled matter, hereby accept service of this Summons and the Complaint for Interpleader.

DATE: __2/15/05__

                        Joseph H. Skerry, III

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.