UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFERSON PILOT FINANCIAL INSURANCE COMPANY,<br>Plaintiff,<br><br>vs.<br><br>RAYMOND MOORE, JOANNE MOORE and DAMIAN BRADY,<br>Defendants. | CIVIL ACTION NO. 05-11107 GAO |

## ANSWER OF THE DEFENDANT, DAMIAN BRADY, TO THE CROSS-CLAIM OF RAYMOND MOORE AND JOANNE MOORE

1. The Defendant, Damian Brady, is without sufficient information to form a belief as to the truth of the averments contained in paragraph one.

2. The Defendant, Damian Brady, is without sufficient information to form a belief as to the truth of the averments contained in paragraph two.

3. Admitted.

4. The Defendant, Damian Brady, is without sufficient information to form a belief as to the truth of the averments contained in paragraph four.

5. The Defendant, Damian Brady, is without sufficient information to form a belief as to the truth of the averments contained in paragraph five.

LAW OFFICES OF
VINCENT P. CAHALANE, P.C
478 TORREY STREET
SUITE 12
BROCKTON, MA 02301
(508) 588-1222

6. The Defendant, Damian Brady, is without sufficient information to form a belief as the truth of the averments contained in paragraph six and further states that the document attached as Exhibit 1 speaks for itself.

7. The Defendant, Damian Brady, is without sufficient information to form a belief as the truth of the averments contained in paragraph seven.

8. The Defendant, Damian Brady, is without sufficient information to form a belief as to the truth of the averments contained in paragraph eight and further states that the document attached as Exhibit 2 speaks for itself.

9. The Defendant, Damian Brady, is without sufficient information to form a belief as to the truth of the averments contained in paragraph nine.

10. The Defendant, Damian Brady, is without sufficient information to form a belief as to the truth of the averments contained in paragraph ten and further states that the document attached as Exhibit 3 speaks for itself.

11. The Defendant, Damian Brady, is without sufficient information to form a belief as to the truth of the averments contained in paragraph eleven.

LAW OFFICES OF
VINCENT P. CAHALANE, P.C.
478 TORREY STREET
SUITE 12
BROCKTON, MA 02301
(508) 588-1222

12. The Defendant, Damian Brady, is without sufficient information to form a belief as to the truth of the averments contained in paragraph twelve.

13. The Defendant, Damian Brady, is without sufficient information to form a belief as to the truth of the averments contained in paragraph thirteen.

14. Denied in that Arlene Moore never requested that he leave the Plymouth home.

15. Admitted. The Defendant further states that DSS required that she leave the premises.

16. Admitted. The Defendant further states that the document attached as Exhibit 4 speaks for itself.

17. The Defendant admits that he was forced to leave his home by order of the Plymouth County Probate and Family Court but denies that he was "evicted" as he was never a tenant of the premises.

18. Admitted.

19. The Defendant, Damian Brady, is without sufficient information to form a belief as to the truth of the averments contained in paragraph nineteen.

LAW OFFICES OF
VINCENT P. CAHALANE, P.C.
478 TORREY STREET
SUITE 12
BROCKTON, MA 02301
(508) 588-1222

20. The Defendant, Damian Brady, is without sufficient information to form a belief as to the truth of the averments contained in paragraph twenty. By way of further answer, the Defendant, Damian Brady, states that a change of beneficiary designation form was executed by Arlene Moore on or about December 4, 2002 naming Damian Brady as sole beneficiary.

21. The Defendant, Damian Brady, is without sufficient information to form a belief as to the truth of the allegation that the change beneficiary form dated December 4, 2002 was not submitted to the MSPCA.

22. The Defendant, Damian Brady, is without sufficient information to form a belief as to the truth of the averments contained in paragraph twenty-two.

23. The Defendant, Damian Brady, is without sufficient information to form a belief as to the truth of the allegation that the change of beneficiary form dated December 4, 2002 was not submitted to Canada Life.

24. The Defendant, Damian Brady, is without sufficient information to form a belief as to the truth of the allegation that the change of beneficiary form dated December 4, 2002 was not submitted to Canada Life.

25. The Defendant, Damian Brady, is without sufficient information to form a belief as to the truth of the averments contained in paragraph twenty-five.

LAW OFFICES OF
VINCENT P. CAHALANE, P.C
478 TORREY STREET
SUITE 12
BROCKTON, MA 02301
(508) 588-1222

26. The Defendant, Damian Brady, is without sufficient information to form a belief as to the truth of the allegation that the change of beneficiary form dated December 4, 2002 was not submitted to Jefferson Pilot.

27. The Defendant, Damian Brady, is without sufficient information to form a belief as to the truth of the allegation that the change of beneficiary form dated December 4, 2002 was not submitted to Jefferson Pilot.

28. The Defendant, Damian Brady, is without sufficient information to form a belief as to the truth of the averments contained in paragraph twenty-eight.

29. The Defendant, Damian Brady, is without sufficient information to form a belief as to the truth of the averments contained in paragraph twenty-nine.

30. Denied.

WHEREFORE, The Defendant, Damian Brady, prays this Honorable Court for the following relief:

1. Enter judgment in favor of the Defendant, Damian Brady, on the Cross-Claim of the Defendants, Joanne Moore and Raymond Moore;

LAW OFFICES OF
VINCENT P. CAHALANE, P.C.
478 TORREY STREET
SUITE 12
BROCKTON, MA 02301
(508) 588-1222

2. Enter judgment in favor of the Defendant, Damian Brady, and declare him to be the sole rightful beneficiary of the death benefits payable under Canada Life Group Policy No. G.38670; and

3. For such other relief that the Court deems fair and equitable.

### JURY DEMAND

The Defendant, Damian Brady demands a Trial by Jury on all issues so triable.

Respectfully submitted,

THE DEFENDANT/PLAINTIFF IN CROSS-CLAIM,
DAMIAN BRADY,
By His Attorneys,
LAW OFFICES OF VINCENT P. CAHALANE, P. C.

By _____
Kristopher S. Stefani
BBO# 637542
478 Torrey Street, Suite 12
Brockton, MA 02301-4696
(508) 588-1222

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following:

Edward S. Rooney, Jr., Esq.                Joseph H. Skerry, III, Esq.
Eckert, Seamans, Cherin & Mellott, LLC     237 Lexington Street
One International Place, 18th Floor        Woburn, MA  01801
Boston, MA  02110                          Attorney for the Co-Defendants
Attorney for the Plaintiff

by mail on July 18, 2005.

_____
Kristopher S. Stefani, BBO# 637542

LAW OFFICES OF
VINCENT P. CAHALANE, P.C.
478 TORREY STREET
SUITE 12
BROCKTON, MA 02301
(508) 588-1222

7