UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFERSON PILOT FINANCIAL INSURANCE COMPANY,<br>Plaintiff,<br><br>vs.<br><br>RAYMOND MOORE, JOANNE MOORE and DAMIAN BRADY,<br>Defendants. | CIVIL ACTION NO. 05-11107 GAO |

### AUTOMATIC REQUIRED DISCLOSURES PURSUANT TO FED.R.CIV.P. 26(a) AND LOCAL RULE 26.2

Now comes the Defendant/Plaintiff in Cross-Claim, Damian Brady, and pursuant to Fed.R.Civ.P. 26(a) and Local Rule 26.2 for the District of Massachusetts makes the required disclosures.

A. **Identity of Persons who may Possess Discoverable Information:**

The Defendant refers to those persons identified by the Plaintiff and Co-Defendants in their respective initial disclosures as the persons who may possess discoverable information. In addition, the Defendant, Damian Brady, identifies the following person(s):

  a. Kim M. Besegai f/k/a Kim M. Pimental, 72 Silva Street, Carver, MA. Mrs. Besegai is the person who witnessed Arlene Moore's signature on the December 4, 2002 Beneficiary Designation form. Mrs. Besegai will have knowledge regarding the facts and circumstances surrounding the execution of said form.

LAW OFFICES OF
CAHALANE AND STEFANI, P.C
478 TORREY STREET
SUITE 12
BROCKTON, MA 02301
(508) 588-1222

b. Steven M. Vaillancourt, Esq., Bowser & Associates, P.C., 21 Culley Street, Fitchburg, MA 01420. Attorney Vaillancourt will have knowledge regarding estate-planning wishes of Arlene Moore prior to her death.

c. Karyn Sanderson, address unknown. Upon information and belief, Ms. Sanderson was an employee of Canada Life, now known as Jefferson Pilot, whose name appears at the top of the Beneficiary Designation Form dated December 4, 2002. Ms. Sanderson may have knowledge regarding the request and/or issuance of the form to Arlene Moore.

d. Lori Lelievre, 50 Pearl Street, Plymouth, Massachusetts. Ms. Lelievre may have knowledge concerning the disposition of the decedent's possessions, including pertinent records, located in the decedent's home at 52 Pearl Street, Plymouth, Massachusetts. Ms. Lelievre may also have knowledge regarding Arlene Moore's wishes concerning the disposition of her estate.

e. Damian Brady, 77 High Street, Carver, Massachusetts. Mr. Brady will have discoverable knowledge regarding his relationship with Arlene Moore and any discussions they had concerning her estate plan, the life insurance policy which is the subject of this action and her desires concerning its disposition upon her death.

f. Raymond Moore, East Hempstead, New Hampshire. Mr. Moore will have discoverable knowledge concerning his relationship with Arlene Moore and Damian Brady. He may also have discoverable knowledge of any conversations he may have had with his sister regarding her estate plan and the disposition of the life insurance policy upon her death.

LAW OFFICES OF
CAHALANE AND STEFANI, P.C
478 TORREY STREET
SUITE 12
BROCKTON, MA 02301
(508) 588-1222

2

g. Joanne Moore, 22 Evergreen Drive, Plymouth, Massachusetts. Ms. Moore will have discoverable knowledge concerning his relationship with Arlene Moore and Damian Brady. He may also have discoverable knowledge of any conversations he may have had with his sister regarding her estate plan and the disposition of the life insurance policy upon her death.

B. **Relevant Documents:**

In addition to the documents produced by the Plaintiff and Co-Defendants, the attached document is or may be relevant to the disputed facts alleged with particularity in the pleadings. In addition, other documents, including but not limited to the contents of the claim and underwriting file of Jefferson Pilot f/k/a Canada Life concerning Arlene Moore, the life insurance policy which is the subject of this dispute and documents in the possession, custody and control of the MSPCA relating to Arlene Moore may be relevant to the disputed facts alleged in the pleadings.

C. **Computation of Damages:**

Not Applicable.

D. **Policies of Insurance:**

Canada Group Life Policy # G.38670

THE DEFENDANT/PLAINTIFF IN CROSS-CLAIM, DAMIAN BRADY, RESERVES THE RIGHT TO SUPPLEMENT HIS INITIAL DISCLOSURES PURSUANT TO THE FED.R.CIV.P.

Respectfully submitted,

THE DEFENDANT/PLAINTIFF IN CROSS-CLAIM,
By His Attorneys,

LAW OFFICES OF
CAHALANE AND STEFANI, P.C
478 TORREY STREET
SUITE 12
BROCKTON, MA 02301
(508) 588-1222

3

LAW OFFICES OF CAHALANE AND STEFANI, P. C.

By /s/ Kristopher S. Stefani
Kristopher S. Stefani, BBO#637542
478 Torrey Street, Suite 12
Brockton, MA 02301-4696
(508) 588-1222

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following:

Edward S. Rooney, Jr., Esq.  
Eckert, Seamans, Cherin & Mellott, LLC  
One International Place, 18th Floor  
Boston, MA 02110  
Attorney for the Plaintiff

Joseph H. Skerry, III, Esq.  
237 Lexington Street  
Woburn, MA 01801  
Attorney for the Co-Defendants

by mail on October 19, 2005.

/s/ Kristopher S. Stefani
Kristopher S. Stefani, BBO# 637542

LAW OFFICES OF
CAHALANE AND STEFANI, P.C
478 TORREY STREET
SUITE 12
BROCKTON, MA 02301
(508) 588-1222

4



## CANADA LIFE

KARYN SANDERSON

Group Administration Dept.
P.O. Box 105477
Atlanta, GA 30348-5477

**BENEFICIARY DESIGNATION FOR C.L.A. PLANS**

| GROUP NO.(S) | DIVISION NO.(S) | CERTIFICATE NO.(S) | NAME OF INSURED (Please print) |
|---|---|---|---|
| 38670 | 999 | 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 | Arlene Moore |

The undersigned life insured, revokes any beneficiary designations and requests respecting payment of the proceeds payable on the death of the life insured and directs that such proceeds be paid to:

**PRIMARY BENEFICIARY (IES)** – in equal shares unless otherwise provided below;

| Full Name | Relationship to Life Insured | Birthdate (if under 21) |
|---|---|---|
| Damian Brady   ss# 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 | Significant Other | |

who may survive the life insured,

**CONTINGENT BENEFICIARY (IES)** – in equal shares unless otherwise provided below;

| Full Name | Relationship to Life Insured | Birthdate (if under 21) |
|---|---|---|
| | | |

who may survive the life insured.

**MINOR CLAUSE** – check (✓) if necessary

☐ **TRUSTEE FOR CHILDREN**

Full Name (please print) _____   Relationship to Life Insured _____

is hereby appointed Trustee to receive any payment due on or after the life insured's death to any **BENEFICIARY DESIGNATED** in this form who is a minor on the date such payment falls due.

I reserve the right to change this designation of beneficiary.
The company assumes no responsibility for the validity or effect of this designation.

Signed at _December_ this _4_ day of _December_ 2002

WITNESS OTHER THAN BENEFICIARY     SIGNATURE OF LIFE INSURED

**THIS PORTION FOR CANADA LIFE USE ONLY**

GROUP NUMBER: 6 9 6 0
DIVISION NUMBER | CERTIFICATE NUMBER | SURNAME IDENT.

NAME AND RELATIONSHIP
B E N

DATE RECORDED   ROUTING

BRANCH