UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

JEFFERSON PILOT FINANCIAL
INSURANCE COMPANY
       Plaintiff

v.                                            CIVIL ACTION NO. 05-11107 GAO

RAYMOND MOORE, JOANNE
MOORE and DAMIAN BRADY,
       Defendants

## JOINT STATEMENT OF THE PARTIES FOR SCHEDULING CONFERENCE

### STATEMENT OF THE CASE

Plaintiff Jefferson Pilot Financial Insurance Company ("Jefferson Pilot") brings this action pursuant to the provisions of the Employee Retirement Income Security Act (ERISA), 29 U.S.C. §1132, and Rule 22 of the Federal Rules of Civil Procedure, and seeks to have the defendants, Raymond Moore and Joanne Moore (the "Moores") and Damian Brady ("Brady") (collectively "the Defendants"), interplead their claims to the death benefits due under a certain group life insurance policy which insured the life of the late Arlene Moore. Both the Moores, as co-beneficiaries, and Brady, as a sole beneficiary, have asserted claims to these death benefits that are now due and payable under a group life insurance policy originally issued by The Canada Life Assurance Company to the Massachusetts Society for the Prevention of Cruelty to Animals (MSPCA), and which has since been sold and assigned to Jefferson Pilot. Arlene Moore

LAW OFFICES OF
CAHALANE AND STEFANI, P.C
478 TORREY STREET
SUITE 12
BROCKTON, MA 02301
(508) 588-1222

{K0311294.1}

was an insured person under the MSPCA group policy and she passed away on November 7, 2004. The death benefits due upon her death, in the amount of $65,000.00, are now due and payable, but Jefferson Pilot has received conflicting claims to the benefits from the Moores and from Brady. As a result of these conflicting claims, Jefferson Pilot is uncertain as to the proper beneficiary of the death benefits and seeks to interplead these death benefits in order to avoid multiple liability with respect to these benefits.

Jefferson Pilot asks the court for permission to deposit with the court the death benefits due upon the death of Arlene Moore, in the amount of $65,000, and to be discharged from any and all further liability in connection with these benefits. Jefferson Pilot is also asking the court for an award of attorneys' fees and costs from the proceeds of the death benefits to cover the fees and costs that it has incurred in commencing and prosecuting this action.

The Moores and Brady have each asserted cross-claims against the other and each claims to be entitled to the death benefits.

### PROPOSED PRE-TRIAL SCHEDULE

The parties propose the following Pre-Trial/Discovery schedule:

1. October 25, 2005—parties shall serve initial disclosures pursuant to Fed.R.Civ.P. 26.

2. April 25, 2006—completion of paper discovery, including service of interrogatories, requests for admissions and document requests and responses thereto.

3. July 25, 2006—completion of discovery, including witness depositions and

LAW OFFICES OF
CAHALANE AND STEFANI, P.C
478 TORREY STREET
SUITE 12
BROCKTON, MA 02301
(508) 586-1222

{K0311294.1}                    2

keeper of record depositions.

4. August 25, 2006—Dispositive motions to be served.

5. September 25, 2006—Responses to dispositive motions to be served.

6. Parties reserve the right to conduct trial discovery, including but not limited to expert discovery after dispositive motions, but in a timely fashion prior to trial.

JEFFERSON PILOT FINANCIAL
INSURANCE COMPANY

By its attorneys,

*/s/ Edward S. Rooney, Jr. (JHS)*
Edward S. Rooney, Jr.
BBO No. 426840
ECKERT SEAMANS CHERIN
& MELLOTT, LLC
One International Place, 18th Floor
Boston, MA 02110
Tel.: 617-342-6800
Fax: 617-342-6899
E-mail: erooney@eckertseamans.com

RAYMOND MOORE and
JOANNE MOORE
By their attorney,

*/s/ Joseph H. Skerry, III (KSS)*
Joseph H. Skerry, III
BBO #544124
237 Lexington Street
Woburn, MA 01801
Tel.: 781-938-1301
Fax: 781-928-1344
jayskerry@rcn.com

DAMIAN BRADY

By his attorneys,

*/s/ Kristopher S. Stefani*
Kristopher S. Stefani
BBO #637542
LAW OFFICES OF VINCENT P.
CAHALANE, P. C.
478 Torrey Street, Suite 12
Tel.: 508-588-1222
Fax: 508-584-4748
kstefani@conversent.net

LAW OFFICES OF
CAHALANE AND STEFANI, P.C
478 TORREY STREET
SUITE 12
BROCKTON, MA 02301
(508) 588-1222

{K0311294.1}　　　3

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following:

Edward S. Rooney, Jr., Esq.
Eckert, Seamans, Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, MA  02110
Attorney for the Plaintiff

Joseph H. Skerry, III, Esq.
237 Lexington Street
Woburn, MA  01801
Attorney for the Co-Defendants

by mail on October 19, 2005.

_____
Kristopher S. Stefani, BBO# 637542

LAW OFFICES OF
CAHALANE AND STEFANI, P.C
478 TORREY STREET
SUITE 12
BROCKTON, MA 02301
(508) 588-1222

{K0311294.1}                4