UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

FILED
IN CLERKS OFFICE

2005 OCT 25  P 1:0⁞

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| JEFFERSON PILOT FINANCIAL INSURANCE COMPANY <br> Plaintiff, <br> vs. <br> RAYMOND MOORE, JOANNE MOORE AND DAMIAN BRADY, <br> Defendants in Interpleader/Crossclaimants | ) <br> ) <br> ) <br> ) CIVIL ACTION <br> ) FILE NO. 05-11107 GAO <br> ) <br> ) <br> ) |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1**

The defendants in interpleader/plaintiffs in cross claim Raymond and Joanne Moore and their attorney (Joseph H. Skerry, III) hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting full course, and various alternative courses, of this litigation; and (b) have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

This 21st day of October 2005.

BY: Raymond Moore

By: Joseph H. Skerry, III
BBO No. 544124

237 Lexington Street
Woburn, MA 01801
781/938-1301

Attorney for Raymond and Joanne Moore