UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JEFFERSON PILOT FINANCIAL INSURANCE COMPANY,<br>　　　Plaintiff<br><br>v.<br><br>RAYMOND MOORE, JOANNE MOORE and DAMIAN BRADY,<br>　　　Defendants | CIVIL ACTION NO. 05-11107-GAO |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action stipulate and agree, pursuant to Fed.. R. Civ. P. 41 (a)(1)(ii), that this action should be dismissed with prejudice and without costs, including all claims, counterclaims and cross-claims that have been asserted or which could have been asserted with respect to the life insurance coverage on Arlene Moore under Group Policy No. G.38670 issued by The Canada Life Assurance Company to the Massachusetts Society for the Prevention of Cruelty to Animals, and which group policy was subsequently sold and assigned to Jefferson Pilot Financial Insurance Company.

JEFFERSON PILOT FINANCIAL
INSURANCE COMPANY

By its attorneys,


/s/ Edward S. Rooney, Jr.
Edward S. Rooney, Jr.
BBO #426840
ECKERT SEAMANS CHERIN & MELLOTT, LLC
One International Place
Boston, MA 02110
617-342-6800

{K0323480.1}

| | |
|---|---|
| RAYMOND MOORE and<br>JOANNE MOORE<br>By their attorney, | DAMIAN BRADY<br><br>By his attorney, |
| /s/ Joseph H. Skerry, III<br>Joseph H. Skerry, III<br>BBO #544124<br>237 Lexington Street<br>Woburn, MA 01801<br>781-938-1301 | /s/ Kristopher S. Stefani<br>Kristopher S. Stefani<br>BBO#637542<br>LAW OFFICES OF CAHALANE and<br>STEFANI, P.C.<br>478 Torrey Street, Suite 12<br>Brockton, MA 02301-4696<br>508-588-1222 |

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 5/18/06

By: Z. S. Rooney

{K0323480.1}